UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORI AVINI,<br>　　　Plaintiff,<br>　　　v.<br>DET. CERVANTES, et al.,<br>　　　Defendants. | NO. CV 20-541-SVW (AGR)<br><br>ORDER OF DISMISSAL |

On January 17, 2020, Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint under 42 U.S.C. § 1983 against Detective Cervantes, in his individual and official capacity, and the Huntington Park Police Department ("HPPD").[1] (Compl. at 1.)

---

[1] The caption actually reads: "Huntington Park Police Municipal Entity."

On February 13, 2020, the Court dismissed Plaintiff's complaint with leave to file a First Amended Complaint within 30 days after entry of the order. The Court warned Plaintiff that failure to file a timely First Amended Complaint will result in dismissal of this action.

Plaintiff failed to file a First Amended Complaint or request an extension of time.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

**IT IS SO ORDERED.**

DATED: _____April\_\_\_\_ 9, 2020

STEPHEN V. WILSON
United States District Judge